YETTA KOKOFSKY et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Argued May 19, 1946; decided July 2, 1947.

*Charles E. Murphy*, Corporation Counsel (*Seymour B. Quel* and *David M. Fuchs* of counsel), for appellant.

*Samuel Spevack, Bernard Meyerson* and *Samuel W. Held* for respondents.

Judgments reversed and complaint dismissed, with costs in all courts, on the ground there was no evidence of negligence by the defendant. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, THACHER and DYE, JJ. Dissenting: CONWAY, DESMOND and FULD, JJ.